# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:02-cr-454-T-26TBM |
| HAROLD LAWTON | USM Number:40961-018 |
| | |
| | ___Mary Mills, AFPD___ |
| | Defendant's Attorney |

## THE DEFENDANT:

__X___ admitted guilt to violation of charge number(s)__One_____ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Failure to report to a residential re-entry center/residential sanctions center | November 30, 2009 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_____January 15, 2010_____
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

_____1/15/10_____
Date

Defendant:     Harold Lawton                                    Judgment - Page 2 of 2
Case No.:      8:02-cr-454-T-26TBM

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  **TIME SERVED** as to the Violations of Supervised Release.

_____ The Court makes the following recommendations to the Bureau of Prisons:

_____ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_ at _____ a.m.     p.m.     on _____.

_____ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_ before 2 p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

    \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


       _____
       UNITED STATES MARSHAL

       By _____
       DEPUTY UNITED STATES MARSHAL